**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 4:26-mj-17-AGH |
| | : | |
| PAUL KINZEL, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendant filed an Unopposed Motion for Continuance of the Pretrial Conference set for October 21, 2026. Specifically, Defendant seeks a continuance to allow additional time to obtain documentation from a non-party regarding restitution, to review that documentation, and for continued discussion with the Government regarding a resolution of the case.

It is thus ordered that this case be continued until December 9, 2026, at 11:00 a.m, and the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) shall be extended to that time. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for Defendant and Government the reasonable time necessary for effective preparation. The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

**SO ORDERED**, this 14th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE